UNITED STATES of America ex rel. Vincenzo DIMARO, alias John Battaglia, Relator-Appellant, v. Benjamin M. DAY, Commissioner of Immigration at the Port of New York, Respondent-Appellee.

No. 299.

Circuit Court of Appeals, Second Circuit.
Feb. 15, 1932.

J. Waisman, of New York City (Harold Van Riper, of New York City, of counsel), for relator.

George Z. Medalie, U. S. Atty., of New York City (Morton Baum, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed on the authority of U. S. ex rel. Gervasio Natali v. Day, 45 F.(2d) 112 (C. C. A. 2); U. S. ex rel. Karamian v. Curran, 16 F.(2d) 958 (C. C. A. 2); section 20 of the Immigration Act of 1917 (8 USCA § 156).

■

UNITED STATES of America ex rel. Angelo MAGLUILO, Relator-Appellant, v. J. F. WIXON, Acting Commissioner of Immigration at the Port of New York, Respondent-Appellee.

No. 278.

Circuit Court of Appeals, Second Circuit.
Feb. 15, 1932.

J. Waisman, of New York City, for appellant.

George Z. Medalie, U. S. Atty., of New York City (Ira Koenig, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed.

■

Hiram C. WILSON v. COMMISSIONER OF INTERNAL REVENUE.
No. 435.

Circuit Court of Appeals, Tenth Circuit.
Sept. 16, 1931.

Camden R. McAtee, of Washington, D. C., and John G. Ellinghausen, of Tulsa, Okl., for petitioner.

C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before LEWIS and McDERMOTT, Circuit Judges, and SYMES, District Judge.

PER CURIAM.

Petition for review dismissed for failure to prosecute.